■ GRACE LULLO, Appellant, v NATALIE AMATO, Defendant, and COUNTY OF NASSAU, Respondent.—Appeal by the plaintiff from (1) an order of the Supreme Court, Nassau County, entered April 7, 1986, and (2) an order of the same court, dated May 23, 1986.

Ordered that the orders are affirmed, with one bill of costs, for reasons stated by Justice Balletta at the Supreme Court, Nassau County. Mangano, J. P., Niehoff, Kooper and Spatt, JJ., concur.